**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ (State)

Case number (If known): _____ Chapter 11

Chapter 11 Bankruptcy (Sub-V)
Entity in Process of Retaining Counsel

FILED
MAR 03 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | 11262 VENTURA LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 27 - 2334810 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11262 Ventura Blvd.<br>Number    Street | 9440 Santa Monica Blvd. # 301<br>Number    Street |
| | P.O. Box |
| Beverly Hills    CA    91604<br>City    State    ZIP Code | Beverly Hills    CA    90210<br>City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles<br>County | Number    Street |
| | CA<br>City    State    ZIP Code |

5. **Debtor's website (URL)**    www.ScooTBuggersANdBeers.com

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | 11262 VENTURA LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501).
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

**Check one:**

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY
       District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY

Debtor   **11262 VENTURA LLC**               Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____   Relationship _____
        District _____   When _____
                                                MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street
                          _____
                          City                State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Debtor  **11262 VENTURA LLC**
Name                                    Case number (if known)_____

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/01/2025**
           MM / DD / YYYY

X _____         Alex Kagianaris
Signature of authorized representative of debtor    Printed name

Title  **OFFICER**

**18. Signature of attorney**

X _____         Date _____
Signature of attorney for debtor                MM / DD / YYYY

*Debtor in process of retaining counsel*

Printed name _____

Firm name _____

Number    Street _____

City _____    State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    *None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    *None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    *None*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California

Date: _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018 — Page 1 — F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name: __11262 VENTURA LLC__

United States Bankruptcy Court for the: __CENTRAL__ District of __CALIFORNIA - LOS ANGELES DIV__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HEADWAY CAPITAL<br>175 W Jackson Blvd Ste 1000,<br>Chicago, IL 60604 | MIKE<br>GURSTEL LAW FIRM PC<br>8553327582 | LOAN | | | | $109,362.82 |
| 2 | US FOODS<br>12500 Inglewood Avenue<br>Hawthorne, CA 90250 | 310-676-2500 | FOOD SUPPLIER | | | | $16,806.80 |
| 3 | KB VENTURA PARTNERS I LLC<br>6376 HOLLYWOOD BLVD<br>HOLLYWOOD, CA 90028 | Matthew Ames, Esq., SBN: 288017<br>FRISH LAW GROUP, APLC<br>21900 Burbank Blvd., Suite 205<br>Woodland Hills, CA 91367<br>Phone: (818) 480-3885 | BACK RENT | | | | $167,890 |
| 4 | City of Los Angeles<br>Office of Finance<br>12 N Spring Street<br>Los Angeles, CA 90012 | CHRISTINE INDZHEYAN<br>(818)251-1797<br>christine.indzheyan2@caine-weiner.com | TAX | | | | $4,865.61 |
| 5 | Scout Distribution LLC<br>10119 Carroll Canyon Rd<br>State: CA Zip: 92131 | Michael Sargsian<br>619-510-7897 | SERVICES | | | | $9,209.00 |
| 6 | Paychex<br>Attn: Officer, Agent or Manager<br>911 Panorama Trail South<br>Rochester, NY 14625 | JORDAN KENNEDY<br>(630) 359-6170 | | | | | $1,352.02 |
| 7 | Breakthru Beverage California LLC<br>P O Box 910900<br>LOS ANGELES CA 90091 | Hanna Golden<br>Commercial Collector<br>CRF Solutions<br>(805)864-3741<br>hannag@crfsolutions.com | | | | | $2,538.60 |
| 8 | Cintas Uniform Services<br>10943 Pendleton St.<br>Sun Valley, CA 91352 | Lashonda Renee Adams<br>Accounts Receivable Coordinator<br>Office (972) 996-7945 | | | | | $26,940.60 |

Case 1:25-bk-10352-VK    Doc 1    Filed 03/03/25    Entered 03/03/25 09:44:31    Desc
Main Document    Page 7 of 11

Debtor  **11262 VENTURA LLC**
         Name

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | InKind<br>Attn: Officer, Agent or Manager<br>600 Congress Avenue Suite 1700<br>Austin, TX 78701 | Mark Moonesinghe<br>Director, Restaurant Affairs<br>(626) 755-4563<br>mark@inkind.com | LOAN | | | | $43956.78 |
| 10 | Orkin Pest Control<br>12710 Magnolia Avenue<br>Riverside, CA 92503 | Cathy Mendez<br>Commercial Accounts<br>866 580-1813 | SERVICES | | | | $270.00 |
| 11 | WORLDWIDE PRODUCE<br>2652 LONG BEACH BLVD<br>LONG BEACH CA 900 | Andrew Meade<br>Riverside, CA 92503<br>Phone: (504) 420-4107 | GOODS | | | | $7,225.70 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ALEX KAGIANARIS<br>(for Debtor Entity)<br>9440 SANTA MONICA BLD, STE 301<br>BEVERLY HILLS, CA 90210<br>323-873-3764<br>alex@kaglew.com<br><br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>11262 VENTURA LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* ALEX KAGIANARIS_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 1      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    [X] I am the president or other officer or an authorized agent of the Debtor corporation
    [ ] I am a party to an adversary proceeding
    [ ] I am a party to a contested matter
    [ ] I am the attorney for the Debtor corporation

2. a.  [ ] The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

   b.  [X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 3/01/2025

By: _____
Signature of Debtor, or attorney for Debtor

Name: ALEX KAGIANARIS, Officer
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 1007-4.CORP.OWNERSHIP.STMT**

Breakthru Beverage California
Attn: Officer or Agent
PO Box 910900
Los Angeles, CA 90091


City of Los Angeles
Office of Finance
12 N Spring Street
Los Angeles, CA 90012


Cintas Uniform Services
10943 Pendleton St.
Sun Valley, CA 91352

CRF Solutions
Attn: Hanna Golden
2051 Royal Avenue
Simi Valley, CA 93065


Frish Law Group, APLC
Attn: Matthew Ames
21900 Burbank Blvd. Suite 205
Woodland Hills, CA 91367


Headway Capital
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604


InKind
Attn: Officer, Agent or Manager
600 Congress Avenue Suite 1700
Austin, TX 78701


KB Ventura Partners I LLC
6376 Hollywood Blvd.
Hollywood, CA 90028

Paychex
Attn: Officer, Agent or Manager
911 Panorama Trail South
Rochester, NY 14625


Scout Distribution LLC
10119 Carroll Canyon Road
San Diego, CA 92131


U.S. Foods
12500 Inglewood Avenue
Hawthorne, CA 90250


Woldwide Produce
Attn: Officer, Agent, or Manager
2652 Long Beach Blvd.
Long Beach CA 90806